## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

___

| | |
|---|---|
| PATRICIA STAINBROOK, | Civil No. 08-5090 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, AND WELLS FARGO BANK, N.A., | |
| Defendants. | |

___

Based upon the stipulation between Plaintiff and Defendant Wells Fargo Bank, N.A. ("Wells Fargo") filed August 25, 2009 [Docket No. 28], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's claims against Wells Fargo are hereby **DISMISSED WITHOUT PREJUDICE**, without costs, disbursements or attorney's fees to either party.


DATED: August 26, 2009
at Minneapolis, Minnesota.                         s/John R. Tunheim
                                                                 JOHN R. TUNHEIM
                                                            United States District Judge