# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| PATRICIA STAINBROOK, | Civil No. 08-5090 (JRT/JJK) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| CSC CREDIT SERVICES, INC., EQUIFAX INFORMATION SERVICES, LLC, AND WELLS FARGO BANK, N.A., | |
| Defendants. | |

___

Based upon the stipulation between Plaintiff and Defendants CSC Credit Services, Inc. ("CSC"), and Equifax Information Services, LLC ("Equifax"), filed August 26, 2009 [Docket No. 30], and upon all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that Plaintiff's claims against CSC and Equifax are hereby **DISMISSED WITH PREJUDICE**, without costs, disbursements or attorney's fees to either party. The Court will retain jurisdiction for sixty days to enforce the settlement agreement.

DATED: August 27, 2009
at Minneapolis, Minnesota.

                                                                         s/John R. Tunheim
                                                                  JOHN R. TUNHEIM
                                                        United States District Judge